IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-01432-JLK-MJW**

**JEAN K. MUDD**,

       Plaintiff,

v.

**C.B. FLEET HOLDING CO., INC., and**
**C.B. FLEET CO., INC.**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Joint Motion to Modify Scheduling Order (doc. #15), filed July 3, 2008, is **GRANTED**. The Scheduling Order is modified as follows:

| | |
|---|---|
| Defendants' Designation of Expert Witnesses | **November 4, 2008** |
| Plaintiffs' Designation of Rebuttal Expert Witnesses | **November 18, 2008** |
| Discovery Cut-Off | **December 15, 2008** |
| Dispositive Motions Deadline | **January 30, 2009** |

Dated: July 7, 2008